**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Chambers Thompson,    ) | No. CV-08-0472-PHX-LOA |
| )  Plaintiff,       ) | **ORDER TO SHOW CAUSE** |
| )  vs.           ) | |
| University of Phoenix, Inc., an Arizona ) corporation,        ) | |
| )  Defendant.       ) | |

This matter arises on the Court's review of the file. Plaintiff commenced this action on or about March 10, 2008. (docket #1) On March 11, 2008, the Court issued a Notice of Assignment and Order, docket #4, ordering Plaintiff to file on or before March 28, 2008 her written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge. As of today's date, the Plaintiff has failed to file her written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

Dismissal of a complaint for failure to comply with the procedural rules of the court is within the court's discretion. *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.*, 133 F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837 (9th Cir. 2000). Moreover, district courts have the inherent power to control their dockets and, in the exercise of that power, may impose sanctions including, where appropriate, dismissal of a case. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). A dismissal for want of prosecution under Rule 41(b) will stand unless it is an abuse of discretion. *Link v. Wabash R.R.*,

1  370 U.S. 626, 633 (1962); *Anderson v. Air West, Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Rule 41(b) specifically provides that the failure of the plaintiff to prosecute his or her claim is grounds for involuntary dismissal of the action. *Anderson v. Air West, Inc.*, 542 F.2d at 524. The courts have read this rule to require prosecution with "reasonable diligence" if a plaintiff is to avoid dismissal. *Id.* (citing *Ballew v. Southern Pacific Co.*, 428 F.2d 787 (9th Cir. 1970)).

Because the period within which Plaintiff was to file her written consent or election has passed, the Court orders Plaintiff to show cause in writing **on or before Friday, April 11, 2008** why her Complaint against Defendant University of Phoenix, Inc., should not be dismissed for failure to comply with court orders and failure to prosecute pursuant to Rule 41(b), FED.R.CIV.P.   Plaintiff may discharge this OSC by complying with the Court's March 14, 2008 Order **on or before April 8, 2008**.

Accordingly,

**IT IS ORDERED** that Plaintiff show cause in writing **on or before Friday, April 11, 2008** why her claims against Defendant University of Phoenix, Inc., should not be dismissed without prejudice for failure to comply with this Court's Orders and failure to prosecute pursuant to Rule 41(b), FED.R.CIV.P.

DATED this 1st day of April, 2008.

Lawrence O. Anderson
United States Magistrate Judge